# EXHIBIT B

1

2

3
                                                    The Honorable John C. Coughenour

4

5
                        UNITED STATES DISTRICT COURT
6                    WESTERN DISTRICT OF WASHINGTON
                                AT SEATTLE

7

8    IN RE:  VALVE ANTITRUST LITIGATION          Case No. 2:21-cv-00563-JCC

9                                                NON-PARTY RIOT GAMES, INC.'S
                                                 RESPONSES AND OBJECTIONS TO
10                                               SUBPOENA

11

12

13          Pursuant to Federal Rule of Civil Procedure 45, non-party Riot Games, Inc. ("Riot

14   Games") hereby submits the following responses and objections ("Responses") to Defendant

15   Valve Corporation's ("Defendant") subpoena, dated January 17, 2023 ("Subpoena").

16                          **PRELIMINARY STATEMENT**

17          Riot Games is not a party to this action.  Defendant nevertheless has served on Riot Games

18   a subpoena demanding that it undertake a search for and production of documents that, to the

19   extent Defendant has any basis to request, would require Riot Games to perform a costly, time-

20   consuming, and burdensome search and to disclose Riot Games' confidential and sensitive

21   business information.  Riot Games thus objects to the entirety of the Subpoena as overbroad,

22   unduly burdensome, harassing, and not proportional to the needs of the case.

23          The following responses are based on Riot Games' knowledge, information, and belief at

24   this time.  Furthermore, these responses were prepared based on Riot Games' good faith

25   interpretation and understanding of the

26

---

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND              MUNGER, TOLLES & OLSON LLP
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 1          350 South Grand Avenue, Fiftieth Floor
                                                        Los Angeles, California 90071-3426
                                                        (213) 683-9100

Requests for Production ("RFPs") included in the Subpoena.  These responses are given without prejudice to subsequent revisions or supplementation based upon any information, evidence, and documentation that hereafter may be discovered, but Riot Games assumes no obligation to supplement or amend voluntarily these responses to reflect information, evidence, documents, or things discovered following service of these responses.

Riot Games' responses to these RFPs are not intended to be, and shall not be construed as, an agreement or concurrence by Riot Games with Defendant's characterization of any facts, circumstances, or legal obligations.

## GENERAL OBJECTIONS

The following General Objections apply to each RFP in the Subpoena, and shall have the same force and effect as if fully set forth in response to each RFP.  Riot Games does not waive any General Objections by providing specific responses and objections to the RFPs.

1.      Riot Games objects to the production deadline of February 13, 2023 at 10:00 a.m. on the grounds that it is unduly burdensome and harassing.  To the extent that it produces any documents, Riot Games will make an electronic production through counsel at a mutually agreeable date after the parties meet and confer on these Responses.

2.      Riot Games objects that the RFPs are vague, ambiguous, uncertain, overbroad, unduly burdensome, and not proportional to Riot Games' role as a non-party and the needs of the case, including because the requests seek documents dating back over 20 years, from January 1, 2003 to present.

3.      Riot Games objects to the RFPs as imposing significant and unreasonable expenses on a non-party and asserts that, pursuant to Federal Rule of Civil Procedure 42(d)(2)(B)(ii), Defendant is required to reimburse Riot Games for all expenses incurred in complying with these

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 2

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1    requests.  *See United States v. Columbia Broad. Sys., Inc.*, 666 F.2d 364, 371–72 (9th Cir. 1982)

2    (non-parties entitled to compensation for costs of responding to subpoenas in antitrust case).

3         4.      Riot Games objects to the RFPs to the extent that they attempt to impose

4    obligations inconsistent with or in addition to those required by the Federal Rules of Civil

5    Procedure, the Local Rules or Orders of the United States District Court for the Western District

6    of Washington, or any other applicable authority, including but not limited to any obligation or

7    requirement that Riot Games provide information or documents not within its possession, custody,

8    or control, or to produce documents in a particular form or in accordance with prescribed

9    procedures.

10        5.      Riot Games objects to the RFPs to the extent that they seek information that is not

11   relevant to the claims or defenses in this case.

12        6.      Riot Games objects to the RFPs to the extent that they are vague, ambiguous,

13   uncertain, or compound and thus would require Riot Games to speculate as to the RFP's meaning,

14   would not enable Riot Games to adequately respond without acting at its peril, or could lead to a

15   confusing, misleading, inaccurate, or incomplete response.

16        7.      Riot Games objects to the RFPs and definitions to the extent that they are

17   overbroad and unduly burdensome in that they are not reasonably limited in scope or require Riot

18   Games to make an investigation that is not proportional to Riot Games' role as a non-party and the

19   needs of this case, including to the extent the RFPs request that Riot Games provide narrative

20   responses to the RFPs.

21        8.      Riot Games objects to the RFPs and definitions to the extent that they seek private,

22   privileged, or confidential commercial, financial, or proprietary business information.

23        9.      Riot Games objects to the RFPs to the extent that they seek information, the

24   disclosure of which would constitute an unwarranted invasion of affected persons' constitutional,

25   statutory, or common-law rights of privacy and confidentiality.

26

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 3

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

10.     Riot Games objects to the RFPs to the extent that they seek information subject to confidentiality agreements, privacy, or other obligations with respect to third parties.  To the extent that Riot Games agrees to provide information that is subject to confidentiality agreements, privacy, or other obligations with respect to third parties, Riot Games' agreement is subject to its ability to disclose said information in compliance with those obligations.

11.     Riot Games objects to the RFPs to the extent that they are speculative, lack foundation, or improperly assume the existence of hypothetical facts that are incorrect or unknown to Riot Games.

12.     Riot Games objects to the RFPs to the extent that they seek information not within Riot Games' possession, custody, or control.

13.     Riot Games objects to the RFPs to the extent that they call for information or purport to require production of documents that are public, already in Defendant's possession, already identified or to be produced by any party to this action, or otherwise equally or more readily available from public or other sources to which Defendant has equal or equivalent access.

14.     Riot Games objects to the RFPs to the extent that they seek privileged information, including but not limited to information protected by the attorney-client privilege, the attorney work product doctrine, the joint defense privilege, and common interest privilege.  The fact that Riot Games does not specifically object to a request on the grounds that it seeks such privileged or protected information or documents shall not be deemed a waiver of the protection afforded by any applicable privilege or protection.  Any privilege log that Riot Games produces will comply with the requirements of Federal Rule of Civil Procedure 26(b)(5)(A)(ii).

15.     Riot Games objects to the RFPs to the extent that they purport to require the production of information from sources that are not reasonably accessible, including because of undue burden or cost.

16.     Riot Games objects to the RFPs to the extent they purport to impose an obligation on Riot Games to conduct anything beyond a reasonable and diligent search of readily accessible

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 4

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

files and information where such files and information reasonably would be expected to be found, including RFPs that purport to require Riot Games to undertake a legal analysis or are more in the nature of an interrogatory, neither of which is appropriate for a non-party.

17.     Any statement in any response to an RFP that Riot Games, notwithstanding its objections, will produce documents is not a representation that any such documents exist.  Rather, any such statement represents that Riot Games, subject to its objections, will undertake to conduct a reasonable search for, and shall produce responsive, non-privileged documents, if any, that are within the scope of Riot Games' agreement to produce.

18.     Riot Games' incorporates its Preliminary Statement into these General Objections and into each specific objection set forth in Riot Games' responses to the RFPs below.

19.     Each and every General Objection shall be deemed to be incorporated in full into the individual response below, and all responses are provided subject to and without waiving any of the General Objections or any objection contained in any specific response.  The omission of any General Objection in the specific response to the RFP is not intended to be and should not be construed as a waiver or limitation of any General Objection to any RFP.  Likewise, the inclusion of any specific objection in any specific response to the RFP is not intended to be and should not be construed as a waiver or limitation of any other General Objection or specific objection made herein or that may be asserted at another date.

## RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS
## REQUEST FOR PRODUCTION NO. 1:

Documents sufficient to show, for each month from January 1, 2003 to the present, your total sales revenues and units sold for Software for PCs, consoles, and mobile devices.  For purposes of responding to this Request,

a.     The sales revenue and unit sales data should be stated separately for games, DLC, and in-game purchases;

b.     The sales revenue and unit sales data should be stated separately for

|  |  |  |  |
|---|---|---|---|
| 1 |  | i. | Software, not distributed through any Riot Games distribution platform, that |
| 2 |  |  | Riot Games published but was developed by others; |
| 3 |  | ii. | Software, not distributed through any Riot Games distribution platform, that |
| 4 |  |  | Riot Games developed but was published by others; |
| 5 |  | iii. | Software, not distributed through any Riot Games distribution platform, that |
| 6 |  |  | Riot Games both developed and published; |
| 7 |  | iv. | Software, distributed through any Riot Games distribution platform, that |
| 8 |  |  | Riot Games published but was developed by others; |
| 9 |  | v. | Software, distributed through any Riot Games distribution platform, that |
| 10 |  |  | Riot Games developed but was published by others; |
| 11 |  | vi. | Software, distributed through any Riot Games distribution platform, that |
| 12 |  |  | Riot Games both developed and published; and |

c.   Software, distributed through any Riot Games distribution platform, that was neither developed nor published by Riot Games.

d.   The sales revenue and unit sales data should separately reflect sales to US purchasers and sales to purchasers in the rest of the world;

e.   The sales revenue and unit sales data should include, separately and for each company, sales of Software by all companies you acquired, operated, or in which you had a business interest from January 1, 2003 to the present, including without limitation Riot Forge, LLC, Radiant Entertainment, Inc., and Hypixel Studios Ltd.;

f.   State, by month, whether the sales revenue data produced in response to this Request reflect wholesale prices, retail prices (*i.e.*, consumer prices), or some other measure. To the extent possible, please provide retail prices in responding to this Request; and

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 6

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

g.     The sales revenue data should be net sales (gross sales less returns, less chargebacks from credit card companies, payment processors or others, less sales tax, and less value-added tax).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Riot Games incorporates its General Objections. Riot Games further objects to this RFP on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, particularly with respect to Riot Games' third-party status and on the ground that this RFP seeks two decades' worth of detailed data. Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary business information, including on the ground that it seeks extremely sensitive and detailed information regarding Riot Games' sales revenue and unit sales data. Riot Games further objects to the RFP to the extent it seeks documents in a form that does not exist and to the extent it requires Riot Games to provide a narrative in response to the RFP. Riot Games is willing to meet and confer on its objections to this RFP.

**REQUEST FOR PRODUCTION NO. 2:**

Documents sufficient to show, for each month from January 1, 2003 to the present for which you produce total sales revenue and unit sales data in response to Request no. 1:

a.     The revenue you received or retained for Software not distributed through any Riot Games distribution platform, including without limitation for Software offered on distribution platforms other than any Riot Games distribution platform and Software sold in wholesale transactions for resale by others;

b.     The revenue share (sometimes referred to as the "commission") you received for Software published by others and distributed through any Riot Games distribution platform; and

c.     The revenue you retained, net of payments to others, for Software published by you and distributed through any Riot Games distribution platform.

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

2          Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

3    on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

4    needs of the case, particularly with respect to Riot Games' third-party status and on the ground

5    that this RFP seeks two decades' worth of detailed data.  Riot Games further objects to the RFP on

6    the ground that it seeks confidential and proprietary business information, including on the ground

7    that it seeks extremely sensitive and detailed information regarding Riot Games' total sales

8    revenue and unit sales data on a month-by-month basis.  Riot Games further objects to the RFP to

9    the extent it seeks documents in a form that does not exist and to the extent it requires Riot Games

10   to provide a narrative in response to the RFP.  Riot Games further objects to the terms "revenue

11   share" and "commission" as vague and ambiguous.  Riot Games is willing to meet and confer on

12   its objections to this RFP.

13   **REQUEST FOR PRODUCTION NO. 3:**

14         Documents sufficient to show, for each month from January 1, 2003 to the present for

15   which you produce total sales revenue and unit sales data in response to Request no. 1, the

16   percentage of reported total sales revenues and units attributable to sales in physical packaging and

17   to digital distribution of Software designed for operation on consoles.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

19         Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

20   on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

21   needs of the case, particularly with respect to Riot Games' third-party status and on the ground

22   that this RFP seeks two decades' worth of detailed data.  Riot Games further objects to the RFP on

23   the ground that it seeks confidential and proprietary business information, including on the ground

24   that it seeks extremely sensitive and detailed information regarding Riot Games' sales revenue and

25   unit sales data on a month-by-month basis.  Riot Games further objects to the RFP to the extent it

26   seeks documents in a form that does not exist and to the extent it requires Riot Games to provide a

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 8

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1    narrative in response to the RFP.  Riot Games further objects to the phrase "attributable to sales in

2    physical packaging and to digital distribution of Software designed for operation on consoles" as

3    vague and ambiguous.  Riot Games is willing to meet and confer on its objections to this RFP.

4

5    **REQUEST FOR PRODUCTION NO. 4:**

6        Documents sufficient to show, for each month from January 1, 2003 to the present for

7    which you produce total sales revenue and unit sales data in response to Request no. 1, the

8    percentage of reported total sales revenues and units attributable to sales in physical packaging and

9    to digital distribution of Software designed for operation on PCs.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

11       Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

12   on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

13   needs of the case, particularly with respect to Riot Games' third-party status and on the ground

14   that this RFP seeks two decades' worth of detailed data.  Riot Games further objects to the RFP on

15   the ground that it seeks confidential and proprietary business information, including on the ground

16   that it seeks extremely sensitive and detailed information regarding Riot Games' sales revenue and

17   unit sales data on a month-by-month basis.  Riot Games further objects to the RFP to the extent it

18   seeks documents in a form that does not exist and to the extent it requires Riot Games to provide a

19   narrative in response to the RFP.  Riot Games further objects to the phrase "attributable to sales in

20   physical packaging and to digital distribution of Software designed for operation on PCs" as vague

21   and ambiguous.  Riot Games is willing to meet and confer on its objections to this RFP.

22   **REQUEST FOR PRODUCTION NO. 5:**

23       Documents sufficient to show the proportion of total sales revenues and units sold,

24   described in the documents produced in response to Request no. 1, that were attributable to

25   physical packaging of Software that contained codes or keys to enable downloading of the

26   software in contrast to physical packaging that contained digital media, *e.g.*, CDs or DVDs.

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 9

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

2        Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

3 on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

4 needs of the case, particularly with respect to Riot Games' third-party status and on the ground

5 that this RFP seeks two decades' worth of detailed data.  Riot Games further objects to the RFP on

6 the ground that it seeks confidential and proprietary business information, including on the ground

7 that it seeks extremely sensitive and detailed information regarding Riot Games' sales revenue and

8 unit sales data.  Riot Games further objects to the RFP to the extent it seeks documents in a form

9 that does not exist and to the extent it requires Riot Games to provide a narrative in response to the

10 RFP.  Riot Games is willing to meet and confer on its objections to this RFP.

11   **REQUEST FOR PRODUCTION NO. 6:**

12        Documents sufficient to show how, rather than providing digital media inside physical

13 packaging, the provision of codes or keys for downloading and activation of games in physical

14 packaging affected the revenues, costs, and margins of the Software sold by you.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

16        Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

17 on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

18 needs of the case, particularly with respect to Riot Games' third-party status and on the ground

19 that this RFP seeks two decades' worth of detailed data.  Riot Games further objects to the RFP on

20 the ground that it seeks confidential and proprietary business information, including on the ground

21 that it seeks extremely sensitive and detailed information regarding Riot Games' revenue, costs,

22 and margins.  Riot Games further objects to the RFP to the extent it seeks documents in a form

23 that does not exist and to the extent it requires Riot Games to provide a narrative in response to the

24 RFP.  Riot Games further objects to the phrase "affected the revenues, costs, and margins" as

25 vague and ambiguous and assuming facts.  Riot Games further objects to this RFP on the ground

26

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 10

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1  that it is duplicative and cumulative of RFP No. 5.  Riot Games is willing to meet and confer on its

2  objections to this RFP.

3  **REQUEST FOR PRODUCTION NO. 7:**

4        Documents sufficient to show how, rather than providing digital media inside physical

5  packaging, the online distribution of codes or keys for downloading and activation of games

6  affected the revenues, costs, and margins of the Software sold by you.

7  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

8        Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

9  on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

10 needs of the case, particularly with respect to Riot Games' third-party status and on the ground

11 that this RFP seeks two decades' worth of detailed data.  Riot Games further objects to the RFP on

12 the ground that it seeks confidential and proprietary business information, including on the ground

13 that it seeks extremely sensitive and detailed information regarding Riot Games' revenue, costs,

14 and margins.  Riot Games further objects to the RFP to the extent it seeks documents in a form

15 that does not exist and to the extent it requires Riot Games to provide a narrative in response to the

16 RFP.  Riot Games further objects to the phrase "affected the revenues, costs, and margins of the

17 Software sold by you" as vague and ambiguous and assuming facts.  Riot Games further objects to

18 this RFP on the ground that it is duplicative and cumulative of RFP No. 5.  Riot Games is willing

19 to meet and confer on its objections to this RFP.

20 **REQUEST FOR PRODUCTION NO. 8:**

21       Documents sufficient to show how the provision, at no charge to publishers, of codes or

22 keys for downloading and activation of games affected the revenues, costs, and margins of the

23 Software sold by you.

24 **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

25       Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

26 on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 11

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1   needs of the case, particularly with respect to Riot Games' third-party status and on the ground

2   that this RFP seeks two decades' worth of detailed data.  Riot Games further objects to the RFP on

3   the ground that it seeks confidential and proprietary business information, including on the ground

4   that it seeks extremely sensitive and detailed information regarding Riot Games' revenue, costs,

5   and margins.  Riot Games further objects to the RFP to the extent it seeks documents in a form

6   that does not exist and to the extent it requires Riot Games to provide a narrative in response to the

7   RFP.  Riot Games further objects to the phrase "affected the revenues, costs, and margins" as

8   vague and ambiguous and calling for expert testimony.  Riot Games further objects to this RFP on

9   the ground that it is duplicative and cumulative of RFP No. 3 and RFP No. 4.  Riot Games is

10  willing to meet and confer on its objections to this RFP.

11  **REQUEST FOR PRODUCTION NO. 9:**

12          Documents sufficient to determine, separately by total unit sales and total sales revenues,

13  the top five resellers to which you distributed Software in physical packaging, and the

14  corresponding total unit sales and total sales revenues for each reseller so identified.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

16          Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

17  on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

18  needs of the case, particularly with respect to Riot Games' third-party status and on the ground

19  that this RFP seeks two decades' worth of information about Riot Games' business relationships.

20  Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary

21  business information, including on the ground that it seeks extremely sensitive and detailed

22  information regarding Riot Games' unit sales and revenues by reseller.  Riot Games further

23  objects to the RFP to the extent it seeks documents in a form that does not exist and to the extent it

24  requires Riot Games to provide a narrative in response to the RFP.  Riot Games is willing to meet

25  and confer on its objections to this RFP.

26

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 12

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1 **REQUEST FOR PRODUCTION NO. 10:**

2    Documents sufficient to determine, separately by total unit sales and total sales revenues,

3 the top five resellers to which you distributed Software for digital download, and the

4 corresponding total unit sales and total sales revenues for each reseller so identified.

5 **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

6    Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

7 on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

8 needs of the case, particularly with respect to Riot Games' third-party status and on the ground

9 that this RFP seeks two decades' worth of information about Riot Games' business relationships.

10 Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary

11 business information, including on the ground that it seeks extremely sensitive and detailed

12 information regarding Riot Games' unit sales and revenues by reseller.  Riot Games further

13 objects to the RFP to the extent it seeks documents in a form that does not exist and to the extent it

14 requires Riot Games to provide a narrative in response to the RFP.  Riot Games is willing to meet

15 and confer on its objections to this RFP.

16 **REQUEST FOR PRODUCTION NO. 11:**

17    Documents sufficient to show for each month from January 1, 2003 to the present, the

18 average amount of the total sales revenue that was received by developers of Software for which

19 you acted as a publisher. For purposes of this Request, "developers" refers to persons who are not

20 your employees or agents, and includes entities that are separately organized from you and not

21 divisions or business units otherwise under your control.

22 **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

23    Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

24 on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

25 needs of the case, particularly with respect to Riot Games' third-party status and on the ground

26 that this RFP seeks two decades' worth of information about Riot Games' business relationships.

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 13

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1  Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary

2  business information, including on the ground that it seeks extremely sensitive and detailed

3  information regarding Riot Games' sales revenue.  Riot Games further objects to the RFP to the

4  extent it seeks documents in a form that does not exist and to the extent it requires Riot Games to

5  provide a narrative in response to the RFP.  Riot Games further objects to the phrase "average

6  amount of the total sales revenue" as vague and ambiguous because the RFP does not define this

7  term or specify the method of calculating an average.  Riot Games is willing to meet and confer on

8  its objections to this RFP.

9  **REQUEST FOR PRODUCTION NO. 12:**

10      Documents sufficient to show, from January 1, 2003 to the present, what companies and

11  products you regard as included in the markets that include distribution of games.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

13      Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

14  on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

15  needs of the case, particularly with respect to Riot Games' third-party status and on the ground

16  that this RFP seeks two decades' worth of information about Riot Games' business strategy.  Riot

17  Games further objects to the RFP on the ground that it seeks confidential and proprietary business

18  information.  Riot Games further objects to the RFP to the extent it seeks documents in a form that

19  does not exist and to the extent it requires Riot Games to provide a narrative in response to the

20  RFP.  Riot Games further objects to the phrase "you regard as included in the markets that include

21  distribution of games" as vague and ambiguous.  Riot Games is willing to meet and confer on its

22  objections to this RFP.

23  **REQUEST FOR PRODUCTION NO. 13:**

24      Documents sufficient to show, from January 1, 2003 to the present, whether you regard

25  Valve as a competitor to Riot Games in sales of games, and whether you regard Steam as a

26  competitor to any Riot Games distribution platform.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

Riot Games incorporates its General Objections.  Riot Games further objects to this RFP on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, particularly with respect to Riot Games' third-party status and on the ground that this RFP seeks two decades' worth of information about Riot Games' business strategy.  Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary business information.  Riot Games further objects to the RFP to the extent it seeks documents in a form that does not exist and to the extent it requires Riot Games to provide a narrative in response to the RFP.  Riot Games further objects to the phrases "you regard Valve as a competitor to Riot Games in sales of games" and "whether you regard Steam as a competitor to any Riot Games distribution platform" as vague and ambiguous.  Riot Games is willing to meet and confer on its objections to this RFP.

**REQUEST FOR PRODUCTION NO. 14:**

All documents, from January 1, 2003 to the present, that list, compare, count, analyze, or describe one or more features of both Steam and any Riot Games distribution platform.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Riot Games incorporates its General Objections.  Riot Games further objects to this RFP on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, particularly with respect to Riot Games' third-party status, and on the ground that it seeks "[a]ll documents" over two decades on the broad topic of features of distribution platforms.  Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary business information.  Riot Games further objects to the RFP to the extent it seeks documents in a form that does not exist and to the extent it requires Riot Games to provide a narrative in response to the RFP.  Riot Games further objects to the RFP to the extent it seeks documents and information protected by the attorney-client privilege or work product.  Riot Games further objects to the phrases "list, compare, count, analyze, or describe" and "features . . .

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 15

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

of distribution platform[s]" as overly broad, vague, and ambiguous, because it is unclear what type of documents are sought by this RFP.  Riot Games is willing to meet and confer on its objections to this RFP.

**REQUEST FOR PRODUCTION NO. 15:**

All documents, from January 1, 2003 to the present, that discuss your potential or actual adoption, on any Riot Games distribution platform, of a feature of Steam or one similar to a feature of Steam.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Riot Games incorporates its General Objections.  Riot Games further objects to this RFP on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, particularly with respect to Riot Games' third-party status, and on the ground that it seeks "[a]ll documents" over two decades on the broad topic of "potential or actual adoption" of features of distribution platforms.  Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary business information.  Riot Games further objects to the RFP to the extent it seeks documents in a form that does not exist and to the extent it requires Riot Games to provide a narrative in response to the RFP.  Riot Games further objects to the RFP to the extent it seeks documents and information protected by the attorney-client privilege or work product.  Riot Games further objects to the phrases "potential or actual adoption . . of a feature of Steam or one similar to a feature of Steam" as overly broad, vague, and ambiguous. Riot Games is willing to meet and confer on its objections to this RFP.

**REQUEST FOR PRODUCTION NO. 16:**

All documents, from January 1, 2003 to the present, that calculate, discuss, compare, or describe the market share held by Steam or any Riot Games distribution platform.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Riot Games incorporates its General Objections.  Riot Games further objects to this RFP on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 16

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1  needs of the case, particularly with respect to Riot Games' third-party status, and on the ground

2  that it seeks "[a]ll" documents in this category. Riot Games further objects to the RFP on the

3  ground that it seeks confidential and proprietary business information, including on the ground

4  that it seeks extremely sensitive information regarding Riot Games' business strategy.  Riot

5  Games further objects to the RFP to the extent it seeks documents in a form that does not exist and

6  to the extent it requires Riot Games to provide a narrative in response to the RFP.  Riot Games

7  further objects to the RFP to the extent it seeks documents and information protected by the

8  attorney-client privilege or work product.  Riot Games is willing to meet and confer on its

9  objections to this RFP.

10  **<u>REQUEST FOR PRODUCTION NO. 17</u>:**

11       All documents that describe, report, or calculate the cost of (a) developing any Riot Games

12  distribution platform, (b) individual features you have added to any Riot Games distribution

13  platform, or (c) the profit margin you realized on any Riot Games distribution platform.

14  **<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 17</u>:**

15       Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

16  on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

17  needs of the case, particularly with respect to Riot Games' third-party status, and on the ground

18  that it seeks "[a]ll documents" associated with the costs of Riot Games' distribution platform.

19  Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary

20  business information, including on the ground that it seeks extremely sensitive information

21  regarding the development of Riot Games' distribution platform.  Riot Games further objects to

22  the RFP to the extent it seeks documents in a form that does not exist and to the extent it requires

23  Riot Games to provide a narrative in response to the RFP.  Riot Games further objects to the RFP

24  to the extent it seeks documents and information protected by the attorney-client privilege or work

25  product.  Riot Games is willing to meet and confer on its objections to this RFP.

26

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 17

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

**REQUEST FOR PRODUCTION NO. 18:**

All documents describing, referring, or relating to any policies or guidelines for pricing of Software on any Riot Games distribution platform, including any policies or guidelines for pricing of games on any Riot Games distribution platform that are also sold on storefronts operated by other companies.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

Riot Games incorporates its General Objections.  Riot Games further objects to this RFP on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, particularly with respect to Riot Games' third-party status, and on the ground that it seeks "[a]ll documents" relating to the pricing of software.  Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary business information.  Riot Games further objects to the RFP to the extent it seeks documents in a form that does not exist and to the extent it requires Riot Games to provide a narrative in response to the RFP.  Riot Games further objects to the terms "polices," "guidelines," and "pricing" as vague and ambiguous.  Riot Games further objects to the RFP to the extent it seeks documents and information protected by the attorney-client privilege or work product.  Riot Games is willing to meet and confer on its objections to this RFP.

**REQUEST FOR PRODUCTION NO. 19:**

All documents describing, referring, or relating to your decision to launch any Riot Games distribution platform, including but not limited to Riot's League of Legends launcher.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

Riot Games incorporates its General Objections.  Riot Games further objects to this RFP on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, particularly with respect to Riot Games' third-party status, and on the ground that it seeks "[a]ll documents" relating to Riot Games' decision to launch a distribution platform.  Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 18

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

business information.  Riot Games further objects to the RFP to the extent it seeks documents in a form that does not exist and to the extent it requires Riot Games to provide a narrative in response to the RFP.  Riot Games further objects to the RFP to the extent it seeks documents and information protected by the attorney-client privilege or work product.  Riot Games is willing to meet and confer on its objections to this RFP.

**REQUEST FOR PRODUCTION NO. 20:**

All documents describing, referring, or relating to the ease, difficulty, expense, or barriers, if any, to creating or maintaining a distribution platform in competition with others.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

Riot Games incorporates its General Objections.  Riot Games further objects to this RFP on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, particularly with respect to Riot Games' third-party status, and on the ground that it seeks "[a]ll documents" relating to "the ease, expense, or barriers, if any, to creating or maintaining a distribution platform in competition with others."  Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary business information.  Riot Games further objects to the RFP to the extent it seeks documents in a form that does not exist and to the extent it requires Riot Games to provide a narrative in response to the RFP.  Riot Games further objects to the RFP to the extent it seeks documents and information protected by the attorney-client privilege or work product.  Riot Games is willing to meet and confer on its objections to this RFP.

**REQUEST FOR PRODUCTION NO. 21:**

All documents relating to the reasons you distribute or considered distributing games on other stores or distribution platforms, including Steam, instead of or in addition to any Riot Games distribution platform, including the reasons you stopped releasing games on Steam or began doing so again (if you ever made such decisions).

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 19

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

2         Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

3  on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

4  needs of the case, particularly with respect to Riot Games' third-party status, and on the ground

5  that it seeks "[a]ll documents" relating to Riot Games' reasons for distributing games on various

6  distribution platforms.  Riot Games further objects to the RFP on the ground that it seeks

7  confidential and proprietary business information.  Riot Games further objects to the RFP to the

8  extent it seeks documents in a form that does not exist and to the extent it requires Riot Games to

9  provide a narrative in response to the RFP.  Riot Games further objects to the RFP to the extent it

10 seeks documents and information protected by the attorney-client privilege or work product.  Riot

11 Games is willing to meet and confer on its objections to this RFP.

12

13 **REQUEST FOR PRODUCTION NO. 22:**

14        All documents relating to the reasons you do not distribute League of Legends on Steam or

15 your consideration of doing so.

16 **RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

17        Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

18 on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

19 needs of the case, particularly with respect to Riot Games' third-party status, and on the ground

20 that it seeks "[a]ll documents" relating to Riot Games' reasons for "not distribut[ing] League of

21 Legends on Steam or [Riot Games'] consideration of doing so."  Riot Games further objects to the

22 RFP on the ground that it seeks confidential and proprietary business information.  Riot Games

23 further objects to the RFP to the extent it seeks documents in a form that does not exist and to the

24 extent it requires Riot Games to provide a narrative in response to the RFP.  Riot Games further

25 objects to the RFP to the extent it seeks documents and information protected by the attorney-

26

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 20

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

client privilege or work product.  Riot Games is willing to meet and confer on its objections to this RFP.

**REQUEST FOR PRODUCTION NO. 23:**

All documents describing, referring, or relating to customers of any Riot Games distribution platform who are also customers of Steam, including all documents calculating, estimating, or discussing the numbers of such persons, including at specific times or during specific periods.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

Riot Games incorporates its General Objections.  Riot Games further objects to this RFP on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the needs of the case, particularly with respect to Riot Games' third-party status, and on the ground that it seeks "[a]ll documents" relating to Riot Games' customers who are also customers of Steam.  Riot Games further objects to the RFP on the ground that it seeks confidential and proprietary business information.  Riot Games further objects to the RFP to the extent it seeks documents in a form that does not exist and to the extent it requires Riot Games to provide a narrative in response to the RFP.  Riot Games further objects to the RFP to the extent it seeks documents and information protected by the attorney-client privilege or work product.  Riot Games is willing to meet and confer on its objections to this RFP.

**REQUEST FOR PRODUCTION NO. 24:**

All documents describing, referring, or relating to features and functionality for cross-play between games offered on any Riot Games distribution platform and any other platform, including but not limited to Steam, including without limitation the features and functionality described at https://dev.epicgames.com/docs/epic-account-services/cross-play-across-platforms.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

Riot Games incorporates its General Objections.  Riot Games further objects to this RFP on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 21

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1   needs of the case, particularly with respect to Riot Games' third-party status, and on the ground

2   that it seeks "[a]ll documents" relating to "features and functionality for cross-play between

3   games." Riot Games further objects to the RFP on the ground that it seeks confidential and

4   proprietary business information. Riot Games further objects to the RFP to the extent it seeks

5   documents in a form that does not exist and to the extent it requires Riot Games to provide a

6   narrative in response to the RFP. Riot Games further objects to the RFP to the extent it seeks

7   documents and information protected by the attorney-client privilege or work product. Riot

8   Games is willing to meet and confer on its objections to this RFP.

9   **REQUEST FOR PRODUCTION NO. 25:**

10      All documents discussing, describing, or analyzing competition in the market or markets

11   that include distribution of games, including all such documents you produced in discovery or

12   otherwise in In re: *Google Play Store Antitrust Litig.*, No. 3:21-md-02981-JD (N.D. Cal.) or *Epic*

13   *Games, Inc. v. Apple Inc.,* No. 4:20-cv-05640-YGR (N.D. Cal.).

14   **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

15      Riot Games incorporates its General Objections. Riot Games further objects to this RFP

16   on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

17   needs of the case, particularly with respect to Riot Games' third-party status, and on the ground

18   that it seeks "[a]ll documents discussing, describing or analyzing competition in the market or

19   markets that include distribution of games." Riot Games did not produce documents in In re:

20   *Google Play Store Antitrust Litig.*, No. 3:21-md-02981-JD (N.D. Cal.) or *Epic Games, Inc. v.*

21   *Apple Inc.,* No. 4:20-cv-05640-YGR (N.D. Cal.) and is a non-party to both of those actions as

22   well. Riot Games further objects to the RFP on the ground that it seeks confidential and

23   proprietary business information. Riot Games further objects to the RFP to the extent it seeks

24   documents in a form that does not exist and to the extent it requires Riot Games to provide a

25   narrative in response to the RFP. Riot Games further objects to the phrase "market or markets

26   that include distribution of games" as vague and ambiguous. Riot Games further objects to the RFP to

1  the extent it seeks documents and information protected by the attorney-client privilege or work

2  product.  Riot Games is willing to meet and confer on its objections to this RFP.

3  **REQUEST FOR PRODUCTION NO. 26:**

4      All documents you provided to, or you received from, any state, federal, or international

5  regulator, government entity, lobbyist, trade association, or consultant referring or relating to any

6  investigation or review of antitrust, competition, or consumer protection issues, or proposed or

7  existing regulation involving, Riot Games, any Riot Games distribution platform, Steam, or any

8  other developers, publishers, or distributors of Software.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

10      Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

11  on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

12  needs of the case, particularly with respect to Riot Games' third-party status, and on the ground

13  that it seeks "[a]ll documents" provided or received from a wide variety of sources "relating to any

14  investigation or review of antitrust, competition, or consumer protection issues, or proposed or

15  existing regulation."  Riot Games further objects to the RFP on the ground that it seeks

16  confidential and proprietary business information.  Riot Games further objects to the RFP on the

17  ground that it seeks the confidential information of third parties.  Riot Games further objects to the

18  RFP to the extent it seeks document in a form that does not exist and to the extent it requires Riot

19  Games to provide a narrative in response to the RFP.  Riot Games is willing to meet and confer on

20  its objections to this RFP.

21  **REQUEST FOR PRODUCTION NO. 27:**

22      All documents describing, referring, or relating to *In re Valve Antitrust Litigation*, No.

23  2:21-cv-00563-JCC (W.D. Wash.) or the lawsuits filed by Wolfire Games, LLC, Dark Catt

24  Studios Holdings, Inc., and Dark Catt Studios Interactive LLC consolidated therein.

25

26

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 23

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

2      Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

3  on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

4  needs of the case, particularly with respect to Riot Games' third-party status.  Riot Games further

5  objects to the RFP to the extent it seeks documents and information protected by the attorney-

6  client privilege or work product.  Riot Games is willing to meet and confer on its objections to this

7  RFP.

8  **REQUEST FOR PRODUCTION NO. 28:**

9      All documents and communications between you, or anyone employed by or representing

10  you, and any employee or representative of, or attorney representing, Wolfire Games, LLC, Dark

11  Catt Studios Holdings, Inc., or Dark Cat Studios Interactive LLC, including without limitation all

12  documents and communications referring or relating to *In re Valve Antitrust Litigation*, No. 2:21-

13  cv-00563-JCC (W.D. Wash.) or the lawsuits filed by Wolfire Games, LLC, Dark Catt Studios

14  Holdings, Inc., and Dark Catt Studios Interactive LLC consolidated therein, or the subject matter

15  or allegations of the foregoing lawsuits.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

17      Riot Games incorporates its General Objections.  Riot Games further objects to this RFP

18  on the ground that it is overbroad, unduly burdensome, harassing, and not proportional to the

19  needs of the case, particularly with respect to Riot Games' third-party status.  Riot Games is

20  willing to meet and confer on its objections to this RFP.

21

22

23

24

25

26

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 24

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100

1    DATED:  February 1, 2023            MUNGER, TOLLES & OLSON LLP

2

3

4                                       By:      */s/ Lisa J. Demsky*
                                                   Lisa J. Demsky
5

6                                       Lisa J. Demsky
                                        Shannon Aminirad
7                                       MUNGER, TOLLES & OLSON LLP
                                        350 South Grand Avenue, 50th Floor
8                                       Los Angeles, CA 90071
                                        Telephone:  (213) 683-9100
9                                       Facsimile:  (213) 687-3702
                                        Lisa.Demsky@mto.com
10                                       Shannon.Aminirad@mto.com

11                                       Attorneys for Respondent Riot Games, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I certify that on February 1, 2023, I caused Non-Party Riot Games, Inc.'s Responses and Objections to Subpoena to be served via email on counsel for Valve Corporation:

Peter Breslauer
MONTGOMERY McCRACKEN WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone (215) 772-1500
pbreslauer@mmwr.com

*Attorneys for Defendant Valve Corporation*

*/s/ Shannon Aminirad*
Shannon Aminirad

NON-PARTY RIOT GAMES, INC.'S RESPONSES AND
OBJECTIONS TO SUBPOENA (2:21-cv-00563-JCC) - 26

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
(213) 683-9100