LISA J. DEMSKY (State Bar No. 186006)
Lisa.Demsky@mto.com
JESSICA O. LAIRD (State Bar No. 331713)
Jessica.Laird@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:	(213) 683-9100
Facsimile:	(213) 687-3702

*Attorneys for Non-Party Riot Games, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE: VALVE ANTITRUST LITIGATION | Case No. 2:24-mc-00006 |
|---|---|
| | *Miscellaneous Action Relating to W.D. Wash. Case No. 2:21-cv-00563-JCC* |
| | **DECLARATION OF DAN NABEL IN SUPPORT OF RIOT GAMES, INC.'S STATEMENT IN JOINT STIPULATION** |

I, Dan Nabel, declare as follows:

1. I am the Associate General Counsel for non-party Riot Games, Inc. ("Riot"). I have been employed by Riot in the Legal Department since 2015. Based on my responsibilities and experience at Riot I am familiar with Riot's treatment and protection of confidential information, including highly sensitive information regarding market strategy and revenue. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration on the basis of my personal knowledge.

2. I make this declaration in support of Riot's statement in the Joint Stipulation filed pursuant to Local Rule 37.

3. Generally, Riot develops its own PC games and distributes them directly to players for free download. In addition, Riot develops its own mobile games, which are distributed through the Apple and Google app stores. The majority of Riot's revenue comes from the sale of

virtual currency, which is used for in-game cosmetic transactions.  In certain jurisdictions, Riot also publishes through third party publishers where local intermediaries are required (e.g., China, Taiwan, and Vietnam).  In 2021, Riot also began offering "Riot Forge" titles to the public.  This minor initiative involved third party "indie" developers creating smaller-scale games on a work-for-hire basis which were (and still are) sold through third party platforms such as Valve's Steam or the PlayStation and XBOX stores.

4. I have reviewed the information Valve is seeking in its Motion to Compel, specifically the total revenue in USD in each year, net of taxes, generated by all consumer spending games, in-game content, and DLC, or other revenue received from monetization of Riot's products, stated separately for the US and the rest of the world, and disaggregated by whether the revenue was attributed to PC, console, or mobile games or platforms.  This information is highly confidential, commercially sensitive financial information that has never been disclosed publicly, including global revenue related to games, in-game content, and DLC, and other revenue received from monetization of Riot's products and strategies.  Riot is a privately held company that does not publicly disclose its financial information or revenue.  Riot keeps this information confidential, even within Riot, and limits its disclosure to only those employees whose job responsibilities require it.  In addition to not disclosing this information publicly, Riot actively takes steps to shield it from public disclosure.

5. Riot has had, and likely will have again, in the future, negotiations and business dealings with Valve (e.g., to distribute Riot Forge titles on Steam), as well as other competitors who are not parties to this litigation.  If this highly confidential financial information is publicly disclosed, it could be utilized by Riot's competitors to Riot's commercial detriment in current negotiations and future business transactions.  This is especially true because the raw numbers in the requested information may be misleading without further context, which context also is highly confidential and non-public.

I CERTIFY UNDER PENALTY OF PERJURY that the foregoing is true and correct.

EXECUTED at Los Angeles, California this 4th day of January, 2024.

_____
Dan Nabel

-3-
DECLARATION OF DAN NABEL